■ SALVATORE CASTORINA, Respondent, v LESTER OSTROVE, Appellant.

Upon review of the record, we find that the compensatory and punitive damages awarded are excessive to the extent indicated. Concur—Murphy, P. J., Carro, Asch, Kassal and Smith, JJ.